United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GEORGE AUGUST BJURBERG,

            Petitioner,

    v.

THE PEOPLE OF THE STATE OF
CALIFORNIA,

            Respondent.

Case No.  14-cv-03770-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Bjurberg has failed to comply with the Court's order to perfect his application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Bjurberg may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, **or** (2) full payment for the filing fee of $5.00. The Clerk shall judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED.**

**Dated:**  October 6, 2014



WILLIAM H. ORRICK
United States District Judge